UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS T. AGUILAR, | Case No. 1:26-cv-04708-NW |
| Petitioner, | **ORDER RE PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX, *et al*., | Re: ECF Nos. 1 |
| Respondents. | |

Petitioner, a self-represented immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. *See* 28 U.S.C. § 1915(a). Rule 4 of the Habeas Rules Governing Section 2254 Cases[1] requires the court to summarily dismiss a habeas petition "[i]f it plainly appears from the petition and any attached exhibits that the Petitioner is not entitled to relief in the district court." In this case, Petitioner used a form petition alleging that his prolonged detention violates due process. ECF No. 1. However, the only information Petitioner provided regarding his detention is that he has been in ICE custody for 105 days, approximately three months. *Id*. ¶ 2.  Petitioner did not provide additional individualized facts to support his claim that he has been denied due process and that his detention is unreasonably prolonged. Because it is not clear that leave to amend would be futile, Petitioner SHALL submit an amended petition by **July 14, 2026** containing further factual information

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

specific to his detention and immigration case history.

The Court finds that this case would benefit from the appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B). Within seven (7) calendar days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information via email to julia_thomas@CAND.uscourts.gov. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as Pro Hac Vice CJA counsel for Petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's Pro Hac Vice admission to practice before this court for the duration of the proceedings, nunc pro tunc to the date the appointing authority first contacted counsel about this appointment. The Clerk of the Court SHALL SERVE a copy of this Order on the Federal Defender, Attention: Habeas Appointment. The Clerk shall also serve a copy of the Petition upon the Federal Defender.

**IT IS SO ORDERED.**

Dated: June 23, 2026

Noël Wise
United States District Judge